**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACKIE WRAY,

        Plaintiff,

  -against-

NORTHSTAR LOCATION SERVICES, LLC,

        Defendant.

14-cv-6435-RA

NOTICE OF SETTLEMENT

## NOTICE OF SETTLEMENT

    Plaintiff, JACKIE WRAY ("Plaintiff"), through her attorneys, Hormozdi Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

                              RESPECTFULLY SUBMITTED,

September 15, 2014        By: /s/Shireen Hormozdi
                                          Shireen Hormozdi
                                          Hormozdi Law Firm, LLC
                                          1770 Indian Trail Lilburn Road, Suite 175
                                          Norcross, GA 30093
                                          Tel: 678-395-7795
                                          Fax: 866-929-2434
                                          E-mail: shireen@hormozdilaw.com
                                          Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On September 15, 2014, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Settlement to Defendant's counsel, Brian Kucsan, at brian@kmlawcorp.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi