```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE WRAY,

                Plaintiff,

-against-

NORTHSTAR LOCATION SERVICES, LLC,

                Defendant.

No. 14-cv-6435-RA

ORDER

RONNIE ABRAMS, United States District Judge:

    On September 15, 2014, Plaintiff advised the Court that this case has been settled. (Dkt. 5.) Accordingly, it is hereby:

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:    September 17, 2014
              New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge