UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKIE WRAY,

                Plaintiff,

   -against-                        14-cv-6435-RA
                                        NOTICE OF VOLUNTARY DISMISSAL

NORTHSTAR LOCATION SERVICES, LLC,

                Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, JACKIE WRAY ("Plaintiff"), through her attorney, Shireen Hormozdi, Hormozdi Law Firm, LLC, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, NORTHSTAR LOCATION SERVICES, LLC.

                                RESPECTFULLY SUBMITTED,

October 21, 2014            By: /s/Shireen Hormozdi
                                           Shireen Hormozdi
                                           Hormozdi Law Firm, LLC
                                           1770 Indian Trail Lilburn Road, Suite 175
                                           Norcross, GA 30093
                                           Tel: 678-395-7795
                                           Fax: 866-929-2434
                                           E-mail: shireen@hormozdilaw.com
                                           Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On October 21, 2014, I electronically filed the Notice of Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Dismissal to Defendant's counsel, Paul Gamboa, at pgamboa@gordonrees.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi